IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01436-ZLW

MEAGHAN DODGE,

    Plaintiff,

v.

ARISTEDES ZAVARAS,
JOAN SHOEMAKER,
JAMES FRINGER,
ROBERT THIEDE, Jr.,
DEBRA AHLIN,
WILLIAM BOKROS,
RICHARD HATCH,
MARK ALTHOLZ,
DANIEL DUPRIEST,
JOHN DOES I THROUGH X, and
JANE DOES I THROUGH X,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP -3 2008

GREGORY C. LANGHAM
               CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED September 3, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-01436-BNB

Thomas A. Barnes, Jr.
Attorney at Law
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/3/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk